UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | 13-cr-761 (VM) |
| | § | Electronically Filed |
| v. | § | |
| | § | NOTICE OF MOTION OF DR. |
| | § | YUDONG ZHU TO SUPPRESS |
| YUDONG ZHU | § | EVIDENCE SEIZED FROM |
| YE LI, | § | LAPTOP COMPUTER AND THE |
| Defendants. | § | FRUITS OF SUCH EVIDENCE |

PLEASE TAKE NOTICE that upon the annexed declarations of John D. Cline and Dr. Yudong Zhu, the exhibits thereto, the accompanying memorandum of law, and the entire record in this case, the defendant DR. YUDONG ZHU will move before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, under Fed. R. Crim. P. 12(b)(3) and the Fourth Amendment to the United States Constitution for an Order granting Dr. Zhu's motion to suppress all evidence obtained from the laptop computer Dr. Zhu surrendered to New York University in May 2013, and the fruits of all such evidence.

To the extent there are factual disputes material to a determination of this motion, Dr. Zhu requests an evidentiary hearing.

Dated:  March 14, 2014

...
---

Respectfully submitted,

/s/ John D. Cline

JOHN D. CLINE
Law Office of John D. Cline
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
415.322.8319 (telephone)
415.524.8265 (facsimile)
Email:  cline@johndclinelaw.com


/s/ Maurice Sercarz

MAURICE SERCARZ
Sercarz & Riopelle, LLP
810 Seventh Ave., Suite 620
New York, NY 10019
212.586.4900 (telephone)
212.586.1234 (facsimile)
Email:  msercarz@sercarzandriopelle.com

2

**CERTIFICATE OF SERVICE**

      This is to certify that on this the 14th day of March, 2014, I caused to be filed a true and correct copy of the instant Notice of Motion using the Southern District of New York's Electronic Case Filing system ("ECF") which will send a notice of filing to all counsel of record.

                                            /s/ John D. Cline
                                            JOHN D. CLINE