UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | 13-cr-761 (VM) |
| | § | **Electronically Filed** |
| v. | § § | |
| | § | **SUPPLEMENTAL DECLARA-** |
| | § | **TION OF JOHN D. CLINE** |
| **YUDONG ZHU** | § | **IN SUPPORT OF MOTION** |
| **YE LI,** | § | **TO SUPPRESS** |
| Defendants. | § | |

1. My name is John D. Cline. I am co-counsel for Dr. Yudong Zhu, a defendant in this case. I submit this declaration in support of Dr. Zhu's Motion to Suppress Evidence Seized From Laptop Computer and the Fruits of Such Evidence.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of a New York University Faculty Handbook that I downloaded from the New York University School of Medicine/New York University Langone Medical Center website (faculty.med.nyu.edu) on April 18, 2014. The link to the handbook is:

http://webdoc.nyumc.org/nyumc_d6/files/faculty/FacultyHandbookMarch2012_0.pdf

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April, 2014.

/s/John D. Cline
John D. Cline